Date: 02/19/10                                                                                                               Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 110 Dated 02/19/10

Case Number 09-50145 - NEWGARD, JOHN SEVERT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| THE BEST SERVICE COMPANY INC<br>10780 SANTA MONICA BLVD SUITE 140<br>LOS ANGELES CA 90025<br>FINAL DISTRIBUTION<br>2282 | 000004 | 144.74 | 1.83 |
| US BANK NA<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI OH 45201-5229<br>FINAL DISTRIBUTION<br>3090 | 000008 | 37.91 | 0.48 |
| ---------- Remittance Total ---------- | | 182.65 | 2.31 |

John A. Hedback, Trustee

Rec #1208

RECEIVED 10 FEB 22 AM 11:29 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                          Printed: 02/19/10 11:00 AM    Ver: 15.06b